# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EA29 | 9328072 | Stewart | 1970 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 06/11/2022 2:00 | 327.2(B) |

Place of Offense: Lakeview Drive

Offense Description; Factual Basis for Charge: Parked in a No Parking Area

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: Washington
First Name: Jaelan

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| AFA 70P | AR | | | | |

☐ A APPEARANCE IS REQUIRED - If Box A is checked, you must appear in court. See instructions.

☒ B APPEARANCE IS OPTIONAL - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15 Forfeiture Amount
+ $30 Processing Fee
$ 45 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 500 W. Capitol Little Rock AR 72201
Date: 9/30/22
Time: 9:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Jaelan Washington

Original - CVB Copy

*9328072*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 6/11, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of Arkansas

while patrolling the end of Lakeview Drive I observed the defendant parked in a No Parking area. I retrieved the defendants license plate and drivers license information and issued the citation.

The foregoing statement is based upon:
☒ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/11/2022    Officer's Signature: Jim Stewart

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/19/2022 8:28